**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| IN RE: | ) |
| | )     Case No. 25-17643-JGR |
| ROADRUNNER SCOOTERS LLC | ) |
| | )     Chapter 11, Subchapter V |
| | ) |
|     Debtor. | ) |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES
AS COUNSEL FOR THE DEBTOR FOR KUTNER BRINEN DICKEY RILEY, P.C. FOR
THE PERIOD FROM NOVEMBER 20, 2025 THROUGH JUNE 17, 2026**

KUTNER BRINEN DICKEY RILEY, P.C. ("KB"), hereby submits its First and Final Application for Allowance of Attorney Fees and Expenses as Counsel for the debtor for the Period from November 20, 2025 through June 17, 2026 (the "Application"). This Application seeks approval of attorney's fees in the total amount of $14,230.00 and costs in the amount of $3,563.41. In support of this Application, KB states as follows:

1. Roadrunner Scooters LLC (the "Debtor") filed for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on November 20, 2025 ("Petition Date").

2. On the Petition Date, the Debtor filed its application to employ KB as counsel for the Debtor. By separate motion, KB sought approval of a retainer in the sum of $18,302.00. On December 12, 2025, the Court entered its Order approving the employment of KB as Debtor's counsel (Docket No. 47) and its order approving the $18,302.00 retainer entered on December 16, 2025 (Docket No. 51).

3. Debtor retained KB to provide the following professional services:

   a. To provide the Debtor with legal advice with respect to its powers and duties;

   b. To aid the Debtor in the development of a plan of reorganization under Chapter 11;

   c. To file the necessary petitions, pleadings, reports, and actions which may be required in the continued administration of the Debtor's property under Chapter 11;

   d. To take necessary actions to enjoin and stay until final decree herein continuation of pending proceedings and to enjoin and stay until final decree

herein commencement of lien foreclosure proceedings and all matters as may be provided under 11 U.S.C. §362; and

e.  To perform all other legal services for the Debtor which may be necessary.

4.  KB has no agreement or understanding of any kind or nature with any other person to share any compensation received for services rendered in, or in connection with, this proceeding.  KB does not hold and have not held during the pendency of this proceeding any interest adverse to the estate.

5.  This is the first application for approval of the KB's attorney fees and expenses as counsel for the Debtor. The fees and expenses set forth in this application include all fees and expenses from November 20, 2025 through June 17, 2026.

6.  During the period of this Application, KB utilized one attorney, Jonathan M. Dickey, who performed various services related to the representation of the Debtor in this case and related matters.

7.  All of the work performed has been billed on an hourly basis.  Attached hereto as Exhibit 1 is the Firm's detailed time report for the period of this Application.  At the time of the Application, Mr. Dickey's rate was $400.00 per hour.  Mr. Dickey's rate increased to $425.00 per hour effective February 1, 2026.

8.  KB asserts and believes that their hourly rates are consistent with rates for comparable services performed by individuals of their experience and quality, with due regard for the spirit of the economy inherent in the Bankruptcy Code, and thus reasonable for the work performed and the results obtained.

9.  KB expended costs in this proceeding of $3,563.41.  An itemized list of KB's costs is attached hereto as Exhibit 2.

10.  The services rendered by counsel have assisted the Debtor in complying with its obligations under the Bankruptcy Code. The work performed by KB during the period from November 20, 2025 through June 17, 2026, is more fully described on the Applicants' Narrative which is attached hereto as Exhibit 3 and incorporated herein by this reference.  As noted in the Narrative, KB expended 34.3 hours of time, and billed the amount of $14,230.00 in fees.

11.  The Debtor has had an opportunity to review KB's monthly billing statements and this application and has no objection to the fees and expenses requested herein.

12.  KB believes that the requested fees and expenses are reasonable and necessary in this proceeding and has charged reasonable rates based upon the customary compensation charged by comparatively skilled practitioners in non-bankruptcy cases, considered the complexity of the legal issues involved, and whether the services were performed within a reasonable time commensurate with complexity, importance, and nature of the problem, issue or task addressed.

13.     KB has extensively reviewed their time and billing and scrutinized the charges to the Debtor to make sure that its charges for services are commensurate with the tasks performed, the result obtained and to avoid duplicative billing.

14.     KB has incurred fees in the sum of $14,230.00 and costs in the amount of $3,563.41.  KB seeks reimbursement of those amounts from the estate.

WHEREFORE, Kutner Brinen Dickey Riley, P.C., respectfully requests that this Court enter an order granting this Application and approving their fees in the sum of $14,230.00 and costs in the sum of $3,563.41, pursuant to 11 U.S.C. §330, for authority for Debtor to pay such fees and expenses as approved by the Court, and for such other and further relief as the Court deems appropriate.

DATED this 16th day of July, 2026.            Respectfully submitted,

By: */s/ Jonathan M. Dickey*
     Jonathan M. Dickey, #46981
     KUTNER BRINEN DICKEY RILEY, P.C.
     1660 Lincoln Street, Suite 1720
     Denver, CO 80264
     jmd@kutnerlaw.com
     Telephone: 303-832-3047

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, I served a complete copy of the foregoing **COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION; FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE DEBTOR FOR KUTNER BRINEN DICKEY RILEY PC FOR THE PERIOD FROM NOVEMBER 20, 2025 THROUGH JUNE 17, 2026; AND NOTICE OF FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE DEBTOR FOR KUTNER BRINEN DICKEY RILEY PC FOR THE PERIOD FROM NOVEMBER 20, 2025 THROUGH JUNE 17, 2026** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

Alison Goldenberg, Esq.
US Trustee's Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

Mark D. Dennis CPA
SL Biggs, a Division of Singerlewak LLP
2000 South Colorado Blvd.
Tower 2, Suite 200
Denver, CO 80222

ATTN: BMO Bank, N.A.
AIS Portfolio Services LLC
Account #6829
4515 North Santa Fe Avenue
Dept. APS
Oklahoma City, OK 73118

Davis S. Sullivan, Esq.
Michel Best & Friedrich LLP
790 North Water Street
Suite 2500
Milwaukee, WI 53202

Shanna M. Kaminski, Esq.
Kaminski Law, PLLC
P.O. Box 247
Grass Lake, MI 49240

Joseph D. Brydges, Esq.
Michael Best & Friedrich LLP
One South Pinckney Street
Suite 700
Madison, WI 53703

Anthony F. Giuliano, Esq.
Giuliano Law, P.C.
445 Broadhollow Road
Suite 25
Melville, NY 11747

American Express National Bank
ATTN: Jonathan Arias
c/o Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041

Stephen S. Allen, Esq.
Zwicker & Associates, P.C.
9777 Mount Pyramid Court
Suite 220
Englewood, CO 80112

Morgan Stanley, Esq.
Colorado Department of Law
1300 Broadway
8th Floor
Denver, CO 80203

Jeffrey Sturman, Esq.
Sturman Law LLC
8700 East Jefferson Avenue
Suite 371706
Denver, CO 80237

**/s/Vicky Martina**
**Vicky Martina**