**EXHIBIT 1**

**DETAILED BILLING STATEMENTS FOR
KUTNER BRINEN DICKEY RILEY, P.C.**

Kutner Brinen Dickey Riley
Time Entries - General Administration

| Date | ATTY | Hours | Rate | Total | Description |
|---|---|---|---|---|---|
| 11/21/2025 | JMD | 0.5 | 400 | 200 | Call with counsel for UST re: first day motions |
| 11/24/2025 | JMD | 0.2 | 400 | 80 | E-mail to client re: cash collateral hearing |
| 11/25/2025 | JMD | 1.1 | 400 | 440 | Prepared for first day hearings |
| 11/25/2025 | JMD | 0.5 | 400 | 200 | Attended first day hearings |
| 11/26/2025 | JMD | 0.2 | 400 | 80 | Drafted Disclosure re Receiver |
| 12/4/2025 | JMD | 0.3 | 400 | 120 | E-mail to client re: trademark case |
| 12/5/2025 | JMD | 0.3 | 400 | 120 | Correspondence with client re: case status and next steps |
| 12/5/2025 | JMD | 0.3 | 400 | 120 | Call with BMO re: cash collateral |
| 12/9/2025 | JMD | 0.2 | 400 | 80 | Correspondence with client re: final cash collateral budget |
| 12/9/2025 | JMD | 0.2 | 400 | 80 | Correspondence with BMO re: treatment in final cash collateral order |
| 12/10/2025 | JMD | 0.2 | 400 | 80 | Correspondence with BMO re: cash collateral stipulation |
| 12/10/2025 | JMD | 0.2 | 400 | 80 | Correspondence with client re: IFR |
| 12/11/2025 | JMD | 0.2 | 400 | 80 | Correspondence with client re: final cash collateral budget |
| 12/11/2025 | JMD | 0.3 | 400 | 120 | Correspondence with counsel for BMO re: final cash collateral budget |
| 12/12/2025 | JMD | 0.2 | 400 | 80 | E-mail to Jeffrey re: info for app to employ |
| 12/12/2025 | JMD | 0.8 | 400 | 320 | Call with client re: IDI prep and case status |
| 12/15/2025 | JMD | 0.7 | 400 | 280 | Drafted App to Employ Special Counsel |
| 12/15/2025 | JMD | 1.6 | 400 | 640 | Attended IDI |
| 12/17/2025 | JMD | 0.2 | 400 | 80 | Call with BMO re: adequate protection mechanics |
| 12/18/2025 | JMD | 0.2 | 400 | 80 | Correspondence with client re: status of app to employ special counsel |
| 12/19/2025 | JMD | 0.2 | 400 | 80 | Call with Jeffrey Sturman re: status of employment application |
| 12/19/2025 | JMD | 0.2 | 400 | 80 | E-mail to client re: case status |
| 12/22/2025 | JMD | 0.4 | 400 | 160 | Call with client re: 341 prep |
| 12/22/2025 | JMD | 1.2 | 400 | 480 | Drafted stay relief motion re: trademark litigation |
| 12/23/2025 | JMD | 0.3 | 400 | 120 | Drafted Status Report |
| 12/23/2025 | JMD | 0.6 | 400 | 240 | Attended 341 meeting |
| 12/23/2025 | JMD | 0.2 | 400 | 80 | Finalized stay relief motion re: trademark litigation |
| 12/23/2025 | JMD | 0.2 | 400 | 80 | Call with client re: 341 meeting |
| 12/30/2025 | JMD | 0.2 | 400 | 80 | Call with Jeffrey Sturman re: status of trademark case |
| 1/2/2026 | JMD | 0.1 | 400 | 40 | E-mail to Jeffrey Sturman re: trademark pretrial order |
| 1/9/2026 | JMD | 0.2 | 400 | 80 | E-mail to client re: amendments to schedules and other compliance issues |
| 1/13/2026 | JMD | 0.4 | 400 | 160 | Prepared for Status Conference |
| 1/13/2026 | JMD | 0.3 | 400 | 120 | Attended status conference |
| 1/13/2026 | JMD | 0.3 | 400 | 120 | Call with client re: case status |
| 1/14/2026 | JMD | 0.3 | 400 | 120 | Drafted amended schedules |
| 1/21/2026 | JMD | 0.2 | 400 | 80 | Call with client re: MOR |
| 1/29/2026 | JMD | 0.2 | 400 | 80 | E-mail to client re: status of plan projections and amendments |
| 2/10/2026 | JMD | 0.2 | 425 | 85 | Updated amended schedules re: inventory value |
| 2/13/2026 | JMD | 0.3 | 425 | 127.5 | Revised amended schedules |
| 2/13/2026 | JMD | 0.2 | 425 | 85 | Correspondence with client re: inventory |
| 2/26/2026 | JMD | 0.2 | 425 | 85 | Reviewed draft MOR from client and e-mail re: same |
| 2/28/2026 | JMD | 0.2 | 425 | 85 | Reviewed January MOR |
| 2/28/2026 | JMD | 0.1 | 425 | 42.5 | E-mail to client re: payroll tax payments |
| 3/4/2026 | JMD | 0.2 | 425 | 85 | E-mail to Affirm re: frozen funds |
| 3/5/2026 | JMD | 0.2 | 425 | 85 | E-mail to Topline Recovery re: automatic stay |
| 3/9/2026 | JMD | 0.2 | 425 | 85 | E-mail to client re: amending MORs |
| 3/12/2026 | JMD | 0.2 | 425 | 85 | Reviewed reconciliation reports for amended MORs |
| 3/17/2026 | JMD | 0.3 | 425 | 127.5 | Drafted notice re: reconciliation reports |
| 3/19/2026 | JMD | 0.7 | 425 | 297.5 | Call with client re: outstanding issues in case |
| 3/31/2026 | JMD | 0.3 | 425 | 127.5 | Correspondence with client re: CDOR issue |
| 3/31/2026 | JMD | 0.2 | 425 | 85 | E-mail to counsel for landlord re: proposal to cure lease default |
| 4/2/2026 | JMD | 0.3 | 425 | 127.5 | Correspondence with landlord re: lease cure |
| 4/21/2026 | JMD | 0.2 | 425 | 85 | Reviewed March MOR |
| 4/27/2026 | JMD | 0.2 | 425 | 85 | Correspondence with client re: status of CDOR audit |
| 5/7/2026 | JMD | 0.2 | 425 | 85 | E-mail to counsel for Family funding re: stay violation |
| 5/26/2026 | JMD | 0.2 | 425 | 85 | Reviewed April MOR |
| | | 18.5 | | 7515 | |

Kutner Brinen Dickey Riley
Time Entries - Plan

| Date | ATTY | Hours | Rate | Total | Description |
|---|---|---|---|---|---|
| 2/9/2026 | JMD | 1.6 | 425 | 680 | Drafted Chapter 11 plan |
| 2/10/2026 | JMD | 1.3 | 425 | 552.5 | Revised Chapter 11 plan |
| 2/10/2026 | JMD | 0.2 | 425 | 85 | Reviewed plan projections and e-mail to client re: same |
| 2/11/2026 | JMD | 0.5 | 425 | 212.5 | Call with client re: plan projections |
| 2/13/2026 | JMD | 1.3 | 425 | 552.5 | Revised plan and projections |
| 2/16/2026 | JMD | 0.2 | 425 | 85 | Drafted liquidation analysis |
| 2/16/2026 | JMD | 0.5 | 425 | 212.5 | Call with client re: plan and projections |
| 2/16/2026 | JMD | 0.5 | 425 | 212.5 | Revised plan re: client comments |
| 2/17/2026 | JMD | 0.2 | 425 | 85 | Finalized Chapter 11 plan for filing |
| 2/23/2026 | JMD | 0.3 | 425 | 127.5 | Call with counsel for BMO re: plan treatment |
| 2/23/2026 | JMD | 0.2 | 425 | 85 | Correspondence with Sub V Trustee re: projections question |
| 2/24/2026 | JMD | 0.2 | 425 | 85 | E-mail to client re: BMO proposed plan language |
| 3/20/2026 | JMD | 0.2 | 425 | 85 | E-mail to counsel for BMO responding to questions |
| 4/3/2026 | JMD | 0.4 | 425 | 170 | Correspondence with landlord's counsel re: amended plan |
| 4/7/2026 | JMD | 0.2 | 425 | 85 | Call with counsel for UST re: plan objection |
| 4/13/2026 | JMD | 1.2 | 425 | 510 | Drafted Ballot Report |
| 4/13/2026 | JMD | 0.3 | 425 | 127.5 | Drafted motion to re-set confirmation hearing as status conference |
| 4/14/2026 | JMD | 0.2 | 425 | 85 | E-mail to client re: plan amendments |
| 4/21/2026 | JMD | 0.3 | 425 | 127.5 | Correspondence with counsel for UST re: confirmation hearing |
| 4/21/2026 | JMD | 0.4 | 425 | 170 | Prepared for plan status conference |
| 4/21/2026 | JMD | 0.4 | 425 | 170 | Attended status conference on plan confirmation |
| 4/30/2026 | JMD | 0.6 | 425 | 255 | Began drafting amended plan |
| 5/7/2026 | JMD | 0.4 | 425 | 170 | Drafted revised projections re: changed treatment of CDOR  California and landlord |
| 5/27/2026 | JMD | 0.2 | 425 | 85 | Call with counsel for BMO re: plan |
| 6/8/2026 | JMD | 0.3 | 425 | 127.5 | E-mail to client re: plan issues |
| 6/10/2026 | JMD | 0.5 | 425 | 212.5 | Call with client re: status of plan confirmation |
| 6/10/2026 | JMD | 0.3 | 425 | 127.5 | Drafted declaration in support of plan confirmation |
| 6/10/2026 | JMD | 0.3 | 425 | 127.5 | Drafted Amended Plan re: changes from landlord |
| 6/10/2026 | JMD | 0.2 | 425 | 85 | Call with counsel for UST re: plan confirmation status |
| 6/10/2026 | JMD | 0.2 | 425 | 85 | Call with Subchapter V trustee re: plan confirmation status |
| 6/11/2026 | JMD | 0.3 | 425 | 127.5 | E-mail to UST re: second amended plan |
| 6/15/2026 | JMD | 0.3 | 425 | 127.5 | E-mail to client re: confirmation status |
| 6/15/2026 | JMD | 0.2 | 425 | 85 | Revised plan re: change from landlord |
| 6/15/2026 | JMD | 0.8 | 425 | 340 | Drafted ballot report |
| 6/16/2026 | JMD | 0.3 | 425 | 127.5 | Finalized second amended plan and related documents for filing |
| 6/17/2026 | JMD | 0.3 | 425 | 127.5 | E-mail to client re: confirmation order |
| | | 15.8 | | 6715 | |