## EXHIBIT 2

## DETAILED EXPENSES FOR
## KUTNER BRINEN DICKEY RILEY, PC

Kutner Brinen Dickey Riley
Cost Exhibit

| Date | Activity | Total |
|---|---|---|
| 11/21/2025 | Photocopies | 197.2 |
| 11/21/2025 | Photocopies | 9.2 |
| 11/21/2025 | Postage | 34.04 |
| 12/19/2025 | Photocopies | 9.6 |
| 12/19/2025 | Postage | 35.52 |
| 12/23/2025 | Filing fee | 199 |
| 12/23/2025 | Photocopies | 11 |
| 12/23/2025 | Postage | 40.7 |
| 12/30/2025 | Federal express charges | 796.2 |
| 1/31/2025 | Federal express charges | 93.53 |
| 1/31/2026 | Federal express charges | 23.97 |
| 1/31/2026 | Federal express charges | 796.2 |
| 2/28/2026 | Filing Fee | 34 |
| 1/13/2026 | Federal express charges | 48.58 |
| 3/31/2026 | Photocopies | 396.8 |
| 3/31/2026 | Postage | 156.16 |
| 5/12/2026 | Photocopies | 406.25 |
| 5/12/2026 | Postage | 195 |
| 5/14/2026 | Photocopies | 40.5 |
| 5/14/2026 | Postage | 39.96 |
| | | 3563.41 |