## EXHIBIT 3

## NARRATIVE FOR FEE APPLICATION

Roadrunner Scooters LLC (the "Debtor") filed for relief under Subchapter V of Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on November 20, 2025 ("Petition Date").

Debtor employed Kutner Brinen Dickey Riley, P.C. (the "Firm") to assist it in their efforts to confirm a Chapter 11 plan and navigate their duties under Chapter 11.

### General Case Administration

Early in the case, the Firm assisted the Debtor in preparing its Initial Financial Report and submitting the same to the United States Trustee's Office. The Firm also assisted the Debtor in preparing for and attending the Initial Debtor Interview, 341 meeting, in preparing the status report ahead of the § 1188 conference, and attending said status conference. The Firm also assisted the Debtor in reviewing its Monthly Operating Reports on a monthly basis.

The Firm assisted the Debtor in working with its primary secured lender on cash collateral issues, including ensuring that adequate protection payments were made during the course of the case.

The Firm also assisted the Debtor in retaining special counsel to pursue a pending trademark litigation in which the Debtor is plaintiff and in preparing and filing all pleadings necessary to lift the stay so that litigation could proceed.

The Firm further assisted the Debtor in working with counsel for the Debtor's landlord on an agreement regarding the lease, and in dealing with creditors regarding potential stay violations as those arose.

The following is a summary by attorneys and paralegals of the time expended by the Firm in this category:

| Attorneys | Time Billed | Amount Billed |
|---|---|---|
| Jonathan M. Dickey | 18.5 hours | $7,515.00 |
| | | |
| Time Expended: | 18.5 hours | |
| Dollars Billed: | | $7,515.00 |

## Plan

The Firm assisted the Debtor in drafting its Chapter 11 plan and related exhibits. After the Plan was filed, the Firm assisted the Debtor in working with counsel for the BMO, counsel for the UST, and counsel for CDOR regarding changes to the Plan. The Firm further assisted the Debtor in attending a status conference regarding the first plan and the objections thereto.

That led to the filing of an amended plan. The Firm assisted the Debtor in preparing and filing all documents necessary to obtain court approval of the amended plan. As a result of the Firm's efforts, the Debtor's amended plan was confirmed.

| Attorneys | Time Billed | Amount Billed |
|---|---|---|
| Jonathan M. Dickey | 15.8 hours | $6,715.00 |
| | | |
| Time Expended: | 15.8 hours | |
| Dollars Billed: | | $6,715.00 |

**TOTAL TIME EXPENDED FOR THIS APPLICATION:**     **34.3 hours**
**TOTAL DOLLARS BILLED:**                                               **$14,230.00**

**AVERAGE HOURLY RATE:**                                        **$414.87**