**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

IN RE: )
) Case No. 25-17643-JGR
ROADRUNNER SCOOTERS LLC )
) Chapter 11, Subchapter V
)
Debtor. )

---

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES AS COUNSEL FOR THE DEBTOR FOR KUTNER BRINEN DICKEY RILEY, P.C. FOR THE PERIOD FROM NOVEMBER 20, 2025 THROUGH JUNE 17, 2026**

---

**THIS MATTER**, having come before the Court on the Application for Compensation filed by Kutner Brinen Dickey Riley, P.C. the Court finding no objection or response has been filed, and being otherwise duly advised, does hereby

**ORDER** that the Motion is **GRANTED.** Kutner Brinen Dickey Riley, P.C. is hereby allowed its final compensation for attorney fees in the amount of $14,230.00 and costs in the amount of $3,563.41 for a total amount of $17,793.41. Kutner Brinen Dickey Riley, P.C. may draw on its retainer for such fees and expenses.

Done and entered this _____ day of _____, 2026 at Denver, Colorado.

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Court Judge